THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE TRUST COMPANY OF AMERICA, Appellant.

(Submitted October 20, 1913; decided October 28, 1913.)

MOTION to amend remittitur by modifying the judgment appealed from so as to strike out the provision that

the plaintiffs herein recover from the defendant "the sum of Two thousand dollars with interest thereon amounting to One thousand four hundred and twenty-five and 60/100 dollars and costs amounting to One hundred and eighteen and 50/100 dollars," and to provide in lieu thereof that the plaintiffs herein recover from the defendant the sum of $2,000 with interest thereon at the rate of six per cent per annum from the 15th day of February, 1907, and costs amounting to $118.50, together with costs of this appeal. (See 208 N. Y. 463.)

Motion granted, without costs.